AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Maine

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Cole Swan | ) | Case No. 2:26-mj-00042-KFW |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    Cole Swan                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☑ Complaint

❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Controlled Substances in violation of Title 21, United States Code, Section 846.
Distribution of Controlled Substances in violation of Title 21, United States Code, Section 841(a)(1).

Date and time issued:    1:54 pm, Feb 04 2026

_____
_Judge's Signature_

City and state:        Portland, Maine

Karen Frink Wolf,   U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on (date) _____ , and the person was arrested on (date) _____
at (city and state) _____ .

Date: _____

_____
_Arresting officer's signature_

_____
_Printed name and title_