**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.                                                    No: 2:26-mj-00042-KFW

COLE SWAN

**MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1.      Eligibility of case.  This case is eligible for a detention order because the case involves:

_____  Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

_____  Crime of Violence

_____  Maximum sentence life imprisonment or death

___X___  10+ year drug offense

_____  Felony, with two prior convictions in above categories

_____  Felony involving a minor victim, a firearm, destructive device or dangerous weapon, or failure to register as a sex offender

___X___  Serious risk defendant will flee

_____  Serious risk of obstruction of justice

2.      Reasons for Detention:

i.      Temporary Detention

_____

_____

ii.     Other than Temporary Detention.  The court should detain the defendant because there are no other conditions of release which would reasonably assure:

    X    Defendant's appearance as required

    X    Safety of any other person and the community

3.    Rebuttable Presumption.  The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e).  The presumption applies here because

    X    Probable cause to believe the defendant committed an offense specified in 18 U.S.C. § 3142(e) involving: drugs, firearms, terrorism, a minor victim, or conduct outside of the United States.

        Previous conviction for "eligible" offense committed while on pretrial bond

4.    Date of Detention Hearing.  The United States requests that the detention hearing be held after a continuance of 3 days.

5.    Length of Detention Hearing.  The United States will require ½ hour to present its case for detention.

Date: March 6, 2026

        ANDREW B. BENSON
        United States Attorney

By:    /s/Noah Falk
        Assistant United States Attorney
        United States Attorney's Office
        100 Middle Street
        Portland, ME 04101
        (207) 780-3257
        Noah.Falk@usdoj.gov