2:26-Cr-00061-SDIV

**Indictment Synopsis**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

MAY 20 2026

JENNIFER P. LYONS, CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| **Name:** | Cole Swan |
| **Address:** (City & State Only) | Yarmouth, Maine |
| **Year of Birth and Age:** | 2006/20 years old |
| **Violations:** | Counts 1 and 2: Distribution of Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1).<br><br>Count 3: Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1). |
| **Penalties:** | Counts 1 and 3: Imprisonment of not less than five years and not more than 40 years, a fine not to exceed $5,000,000, or both. 21 U.S.C. § 841(b)(1)(B).<br><br>Counts 1 and 3 are Class B felonies pursuant to 18 U.S.C. § 3559(a)(2).<br><br>Count 2: Imprisonment of not more than 20 years, or a fine not to exceed $1,000,000, or both. 21 U.S.C. § 841(b)(1)(C).<br><br>Count 2 is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Counts 1 and 3: Not less than four years. 21 U.S.C. § 841(b)(1)(B).<br><br>Count 2: Not less than three years. 21 U.S.C. § 841(b)(1)(C). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1 and 3: Not more than three years. 18 U.S.C. § 3583(e)(3).<br><br>Count 2: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts 1 through 3: Life less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |

| | |
|---|---|
| **Defendant's Attorney:** | Peter Rodway |
| **Primary Investigative Agency and Case Agent Name:** | DEA SA Brian Shimko and TFO Daniel Donovan |
| **Detention Status:** | Detained |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | Noah Falk |
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |